UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO.: 5:06CR51-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ROGER KEVIN WALSH, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* "Motion For Evidentiary Hearing For Breech[sic] Of Contract," filed November 19, 2008. (Document #49)

Defendant appears to claim in his filing that previous counsel, Attorney J. Darren Byers, entered into an alleged agreement with the United States on his behalf relative to cooperation. Accordingly, the Government is directed to respond to the motion no later than December 30, 2008.[1] If deemed necessary, the Defendant will be allowed to submit a reply brief. Stand-by counsel is asked to review the Government's written response with the Defendant before the reply deadline expires and assist Defendant with the production of documents, if any, that may pertain to the instant motion.

**IT IS THEREFORE ORDERED** that the Government shall respond on or before **December 30, 2008**. Defendant may reply on or before **January 20, 2009**.

**IT IS FURTHER ORDERED** that the Deputy Clerk shall mail a copy of this Order to the Defendant personally.

Signed: December 15, 2008

Richard L. Voorhees
United States District Judge

---

[1] The Government is reminded of Local Criminal Rule 47.1, which requires a response to certain defense motions within seven (7) days unless otherwise ordered by the presiding judge. L.Cr.R. 47.1(D)-(F) (2007).